J. BERTRAM CLEMENTS, Appellant, v. NATHAN L. DOBLIN, Doing Business as DOBLIN COMPANY, Respondent.— Order modified as indicated in order and as so modified affirmed, without costs. The bill of particulars to be served within

ten days from service of order. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.